Robert Gene PLYMELL, Single; and Nolan D. Plymell and Judith Ann Plymell, Husband and Wife, Respondents,

v.

David L. YOUNGS, Appellant.

No. WD 62747.

Missouri Court of Appeals, Western District.

March 8, 2005.

Joseph Y. Decuyper, North Kansas City, MO, for Appellant.

David B. Parman, Grant City, MO, for Respondent.

Before: PAUL M. SPINDEN, P.J., VICTOR C. HOWARD and THOMAS H. NEWTON, JJ.

## ORDER

PER CURIAM.

Mr. David Youngs appeals from the trial court's judgment in favor of Mr. Robert Plymell and Mr. and Mrs. Nolan Plymell.

For the reasons set forth in the memorandum provided to the parties, we affirm the trial court's judgment of conviction. Rule 84.16(b).